IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIRAN JENKINS,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

v.                                            Case No. 11-cv-747-wmc

UNITED STATES OF AMERICA,

        Respondent.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Tiran Jenkins' motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

_Peter Oppeneer_                                  9/10/13

Peter Oppeneer, Clerk of Court                Date