IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIRAN JENKINS,

        Petitioner,   JUDGMENT IN A CIVIL CASE

v.   Case No. 11-cv-747-wmc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Tiran Jenkins' motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

_____   _____
Peter Oppeneer, Clerk of Court   Date: 9/10/13